

WWW.RIVKINRADLER.COM

**BRIAN L. BANK**
PARTNER
(516) 357-3516
brian.bank@rivkin.com

July 31, 2015

**VIA ECF**

Honorable Ramon E. Reyes, Jr.
United States Magistrate Judge
United States District Court for the Eastern District of New York
225 Cadman Plaza East, Rm. N208
Brooklyn, New York 11201

    Re:    *Kerns Manufacturing Corp. and Premier Atlantic Properties, LLC v. The Hartford Insurance Company of the Midwest*
            Docket No.: 14-cv-6105(ENV)(CLP)
            RR File No.: 005910-07158

Dear Magistrate Judge Reyes:

I write on behalf of The Hartford Insurance Company of the Midwest, the defendant in the above-captioned action, jointly with counsel for plaintiffs, Kerns Manufacturing Corporation and Premier Atlantic Properties, LLC, in response to the Court's July 21, 2015 Order, requiring the parties in this action to file a status report by July 31, 2015.

The parties in this action have completed exchanging their automatic disclosures pursuant to Case Management Order No. 1. In addition, the parties have agreed to use Richard P. Byrne, Esq. as a mediator. Counsel for the parties and Richard Byrne have scheduled an initial mediation session for September 21, 2015.

Please contact the undersigned if you require additional information.

                      Very truly yours,

                      RIVKIN RADLER LLP

                      /s/ Brian L. Bank
                      Brian L. Bank

3234981 v1

926 RXR Plaza
Uniondale, NY 11556-0926
T 516.357.3000  F 516.357.3333

555 Madison Avenue
New York, NY 10022-3338
T 212.455.9555  F 212.687.9044

21 Main Street, Court Plaza South
West Wing, Suite 158
Hackensack, NJ 07601-7021
T 201.287.2460  F 201.489.0495